DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**N9 ADVISORS, LLC, ON ITS OWN BEHALF AND ON BEHALF OF BANQ, INC.,**
Appellant,

v.

**JON JILES,**
Appellee.

No. 4D2023-1253

[November 13, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE-22-013341.

Brian W. Toth and Freddy Funes of Toth Funes, P.A., Miami, for appellant.

Amy Wessel Jones of Shutts & Bowen, LLP, Fort Lauderdale, and Michael P. Silver of Shutts & Bowen, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***